bursements. No opinion. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.; McAvoy and Sherman, JJ., dissent.

THE CITY OF NEW YORK, Respondent, v. RED STAR TOWING AND TRANSPORTATION COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.; McAvoy and Sherman, JJ., dissent.

In the Matter of the Application of MICHAEL CONVEY, Respondent, against GROVER A. WHALEN, as Commissioner of Police of the City of New York, and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

LACE SELLING COMPANY, Respondent, v. JOSEPH GREENMAN and Others, Appellants.— Order affirmed, with costs and disbursements. No opinion. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of the Application of HENRY F. DEANE, JR., under Section 212 of the Surrogate's Court Act, in the Estate of HENRY F. DEANE, Deceased. HENRY F. DEANE, JR., Appellant; VIOLET DEANE YATES, Respondent.— Order affirmed, with ten dollars costs and disbursements to the respondent. No opinion. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

ALLIED WINDOW AND HOUSE CLEANING CONTRACTORS, INC., Appellant, v. "JOHN" PALMERIE, the First Name "John" Being Fictitious, etc., and Others, Respondents.— Order reversed and motion granted by restraining defendants from doing any acts in violation of plaintiff's rights under their contracts with customers, such as the inducing of plaintiff's customers to violate their contract, or discontinue its services, or from persuading the customers to discontinue its services, or from picketing on the premises of plaintiff's customers, or the places of business of the customers, or carrying placards in the neighborhood of the customers' places of business. The order to be entered should follow that in *Commercial Window Cleaning Co. v. Awerkin* (226 App. Div. 734). Settle order on notice. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

ALMA SIEGEL, Respondent, v. SAMUEL SIEGEL, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

TRANS-LUX DAYLIGHT PICTURE SCREEN CORPORATION, Respondent, Appellant, v. JAMES W. DECKER and NEWS PROJECTION CORPORATION, Appellants, Respondents.— Order modified by striking therefrom all provisions limiting the inquiry to matters stated in the order to be pertinent to the issues, and as so modified affirmed, with ten dollars costs and disbursements to the plaintiff. No opinion. Settle order on notice. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of the Application of FRANK D'AMORE, Respondent, for an Order Directing JOHN B. COPPOLA, an Attorney, Appellant, to Pay over Certain Sums of Money.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of the Application of FRANK D'AMORE, Respondent, for an Order Directing JOHN B. COPPOLA, an Attorney, Appellant, to Pay over Certain Sums of Money.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of the Application of HENRY MORRIS, INC., Appellant, against